UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Anthony Brian Mallgren
petitioner

UNITED STATES
GEORGIA STATE
PADSPLIT
respondent

COMPLAINT

PARTIES

Anthony Brian Mallgren
3549 Satellite Boulevard
Ellenwood, GA 30294

PadSplit, Inc. (GA: 17045213)

INFORMATION

1. Requesting review of attached exhibition.

RELIEF

2. Be granted right to proceed with a cost offset by the Southern District of New York (the district of filing).
3. For the case to be transferred and heard in the Northern District of Georgia.
4. For interim relief, as to be specified if and once transferred to the Northern District of Georgia.
5. For further relief to be considered.

Anthony Brian Mallgren
August 26th, 2026