Office of the New York State Attorney General Letitia James

# Complaint Form

**Complaint Number:** 1-1336578342

## Your information

| Field | Value |
|---|---|
| First name | Anthony |
| Last name | Mallgren |
| Address line 1 | 1551 Williamsbridge Road 2E |
| Address line 2 | Not Answered |
| City/town | New York City |
| State | NY |
| ZIP Code | 10461 |
| Phone number | 202-550-3247 |
| Email address | abmallgren@gmail.com |
| Website | Not Answered |
| Contact Method | Not Answered |
| Alternate Contact | Not Answered |

## Subject information

**My complaint is about:** An entity or organization

| Field | Value |
|---|---|
| Entity or Organization Name | Finco Service Inc. (DBA Current) |
| Address line 1 | Not Answered |
| Address line 2 | Not Answered |
| City/town | Not Answered |
| State | Not Answered |
| ZIP Code | Not Answered |
| Phone number | Not Answered |
| Email address | Not Answered |

Website

Not Answered

**Contact Method**

Not Answered

**Alternate Contact**

Not Answered

## Complaint information

**Date of incident or transaction, if applicable**

08/26/2026

**Is your complaint about an investment?**

I don't know

**Does your complaint involve an insurance product (other than a variable annuity)?**

Not Answered

**Please describe your complaint or issue.**

USPS requires a payment method for address verification. Georgia law seemingly states that signatures are only required for leases one year or more (I'm currently on a three month lease, and it did not involve a wet ink signature). Finco Services Inc., DBA Current, requires a lease with a signature to update the address. I am involved in legal proceeding, for which I require mail to be forwarded to remain compliant. I am scheduled to move today, and may therefore lose track of at least some documentation. I have requested that the government implement a single source address register, which, to my knowledge, has not been done yet.

**What relief are you seeking?**

Prosecute them. This is not regular business practice, as Revolut, a very similar offering, does not require documentation for an address change.

**Have you already complained to the entity or person involved in the complaint?**

Yes

**How have you complained?**

Email or webform

**Complaint date**

08/26/2026

**Person contacted**

Not Answered

| | |
|---|---|
| **Job title** | Not Answered |
| **Date of response** | 08/26/2026 |
| **What was the response to the complaint?** | Denial. |
| **Are you represented by an attorney about this complaint?** | No |
| **Have you already contacted another agency about this complaint?** | No |
| **Has any court action started relating to this complaint?** | No |
| **Do you have any supporting documents?** | Yes |

# Documents

| Document name | Document type | Document size |
|---|---|---|
| Screenshot_20260826_013005_Current | jpg | 444022 bytes |
| Screenshot_20260826_012940_Current | jpg | 486072 bytes |

## Affirmation

In filing this complaint, I understand that the Attorney General may send a copy of my complaint, and any documents I provide, to the person or organization I mention in my complaint. I give that person or organization permission to provide information about my complaint to the Attorney General. The Attorney General may also share my complaint with other state, local, and federal agencies.

**I affirm this 26th day of August, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that:**

»the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and

»I understand that this document may be filed in an action or proceeding in a court of

law.

**Signature** Anthony Mallgren