Gmail

Anthony Mallgren <abmallgren@gmail.com>

## 26-067916 - Copy Request

**Anthony Mallgren** <abmallgren@gmail.com>
To: dkpdprecords@dekalbcountyga.gov

Mon, Aug 24, 2026 at 8:56 AM

Could I get a copy of report number 26-067916?

Also, here is a list of the other tenants. Maybe if you check their EBT cards, may be useful.

8:54 45

padsplit.com/mer



# Your PadMates



**Khalilah S.**

Room 1

Early riser

Tidy

Ambivert



**Sandra C.**

Room 3

This Member hasn't finished filling out their profile yet



**Jah R.**

Room 4

Early riser

Tidy

Introvert



**Shawn D.**

Room 5

Early riser

Clutter is fine

Introvert



**DeAndre H.**

Room 6

This Member hasn't finished filling out their profile yet



**Jody I.**

Room 7

Dynamic

Super neat

Introvert



**Yanna R.**

Room 8

Early riser

Tidy

Ambivert



**Sanderia M.**

Room 9

This Member hasn't finished filling out their profile yet



**Danny H.**

Room 10

Homebody

Tidy

Introvert

PadMate issue? Rate your PadMates on the **Rating page**.

Dashboard Messages Finances Notifications

Anthony B. Mallgren
https://mallgren.wordpress.com/